IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MISTY LEUBNER**                                                                                          **PLAINTIFF**

v.                              **Case No. 4:22-cv-00759 KGB**

**NAVIENT CORPORATION and**
**NAVIENT SOLUTIONS, LLC**                                                             **DEFENDANTS**

## ORDER

Before the Court is a notice of settlement and stipulation of dismissal with prejudice (Dkt. No. 9). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice with each party to bear its own attorney's fees and cost.

It is so ordered this 21st day of December 2022.

*Kristine G. Baker*
―――――――――――――――――
Kristine G. Baker
United States District Judge